**EXHIBIT B**
**Premier Liumber & TexStar Lumber**
**Pro forma**

**Cash Reserve Forecast**

| Month | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Start Balance (from previous month) | $ - | $ 29,149.58 | $ 126,279.16 | $ 223,408.74 | $ 330,538.32 | $ 437,667.90 | $ 544,797.48 | $ 602,317.40 | $ 669,837.31 | $ 737,357.23 | $ 804,877.14 |
| End Balance ^ | $ 29,149.58 | $ 126,279.16 | $ 223,408.74 | $ 330,538.32 | $ 437,667.90 | $ 544,797.48 | $ 602,317.40 | $ 669,837.31 | $ 737,357.23 | $ 804,877.14 | $ 872,397.06 |

**Revenue**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | $ 338,000.00 | $ 520,000.00 | $ 520,000.00 | $ 520,000.00 | $ 520,000.00 | $ 520,000.00 | $ 520,000.00 | $ 520,000.00 | $ 520,000.00 | $ 520,000.00 | $ 520,000.00 |
| **Total Revenue** | $ 338,000.00 | $ 520,000.00 | $ 520,000.00 | $ 520,000.00 | $ 520,000.00 | $ 520,000.00 | $ 520,000.00 | $ 520,000.00 | $ 520,000.00 | $ 520,000.00 | $ 520,000.00 |

**Expenses**

| Cost of Goods Sold | 2.6 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Feedstock | $ 162,500.00 | $ 250,000.00 | $ 250,000.00 | $ 250,000.00 | $ 250,000.00 | $ 250,000.00 | $ 250,000.00 | $ 250,000.00 | $ 250,000.00 | $ 250,000.00 | $ 250,000.00 |
| Direct Labor | $ 13,043.25 | $ 13,043.25 | $ 13,043.25 | $ 13,043.25 | $ 13,043.25 | $ 13,043.25 | $ 13,043.25 | $ 13,043.25 | $ 13,043.25 | $ 13,043.25 | 13,043.25 |
| Mat Hardware | $ 7,150.00 | $ 11,000.00 | $ 11,000.00 | $ 11,000.00 | $ 11,000.00 | $ 11,000.00 | $ 11,000.00 | $ 11,000.00 | $ 11,000.00 | $ 11,000.00 | 11,000.00 |
| Other | $ 10,400.00 | $ 16,000.00 | $ 16,000.00 | $ 16,000.00 | $ 16,000.00 | $ 16,000.00 | $ 16,000.00 | $ 16,000.00 | $ 16,000.00 | $ 16,000.00 | 16,000.00 |
| **Total Cost of Goods Sold** | $ 193,093.25 | $ 290,043.25 | $ 290,043.25 | $ 290,043.25 | $ 290,043.25 | $ 290,043.25 | $ 290,043.25 | $ 290,043.25 | $ 290,043.25 | $ 290,043.25 | $ 290,043.25 |

**Operating & G&A Expenses**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Management | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | 20,000.00 |
| Diesel | $ 3,900.00 | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | 6,000.00 |
| Electricity | $ 2,730.00 | $ 4,200.00 | $ 4,200.00 | $ 4,200.00 | $ 4,200.00 | $ 4,200.00 | $ 4,200.00 | $ 4,200.00 | $ 4,200.00 | $ 4,200.00 | 4,200.00 |
| Opex & Maint | $ 5,200.00 | $ 8,000.00 | $ 8,000.00 | $ 8,000.00 | $ 8,000.00 | $ 8,000.00 | $ 8,000.00 | $ 8,000.00 | $ 8,000.00 | $ 8,000.00 | 8,000.00 |
| Equip Rental | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | 3,000.00 |
| Insurance | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 | 4,500.00 |
| Admin / Travel / Comms / Office | $ 1,300.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | 2,000.00 |
| Water | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 | 400.00 |
| **Total Opex + G&A Expenses** | $ 41,030.00 | $ 48,100.00 | $ 48,100.00 | $ 48,100.00 | $ 48,100.00 | $ 48,100.00 | $ 48,100.00 | $ 48,100.00 | $ 48,100.00 | $ 48,100.00 | $ 48,100.00 |

**Bankruptcy Expenses**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Administrative Expenses* | $ 30,000.00 | $ 40,000.00 | $ 40,000.00 | $ 30,000.00 | $ 30,000.00 | $ 30,000.00 | $ 10,000.00 | | | | |
| IRS ($81,798.04 @ 12%)** | $ 7,267.66 | $ 7,267.66 | $ 7,267.66 | $ 7,267.66 | $ 7,267.66 | $ 7,267.66 | $ 7,267.66 | $ 7,267.66 | $ 7,267.66 | $ 7,267.66 | 7,267.66 |
| IRS ($62,273.91 @ 12%)** | $ 5,532.96 | $ 5,532.96 | $ 5,532.96 | $ 5,532.96 | $ 5,532.96 | $ 5,532.96 | $ 5,532.96 | $ 5,532.96 | $ 5,532.96 | $ 5,532.96 | 5,532.96 |
| IRS ($70,723.47 @ 12%)** | $ 6,283.69 | $ 6,283.69 | $ 6,283.69 | $ 6,283.69 | $ 6,283.69 | $ 6,283.69 | $ 6,283.69 | $ 6,283.69 | $ 6,283.69 | $ 6,283.69 | 6,283.69 |
| Hardin County ($23,083.10 @ 12%)** | $ 2,050.91 | $ 2,050.91 | $ 2,050.91 | $ 2,050.91 | $ 2,050.91 | $ 2,050.91 | $ 2,050.91 | $ 2,050.91 | $ 2,050.91 | $ 2,050.91 | 2,050.91 |
| Texas Workforce Commission ($16,327.67 @ 12%)** | $ 1,450.69 | $ 1,450.69 | $ 1,450.69 | $ 1,450.69 | $ 1,450.69 | $ 1,450.69 | $ 1,450.69 | $ 1,450.69 | $ 1,450.69 | $ 1,450.69 | 1,450.69 |
| Byline Bank ($1,635,038.71)*** | $ 19,188.51 | $ 19,188.51 | $ 19,188.51 | $ 19,188.51 | $ 19,188.51 | $ 19,188.51 | $ 19,188.51 | $ 19,188.51 | $ 19,188.51 | $ 19,188.51 | 19,188.51 |
| Byline Bank ($188,956.18)*** | $ 2,952.75 | $ 2,952.75 | $ 2,952.75 | $ 2,952.75 | $ 2,952.75 | $ 2,952.75 | $ 2,952.75 | $ 2,952.75 | $ 2,952.75 | $ 2,952.75 | 2,952.75 |
| General Unsecured Claims ($1,670,631.95) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 69,609.66 | $ 69,609.66 | $ 69,609.66 | 69,609.66 |
| **Total Bankruptcy Expenses** | $ 74,727.17 | $ 84,727.17 | $ 84,727.17 | $ 74,727.17 | $ 74,727.17 | $ 74,727.17 | $ 124,336.83 | $ 114,336.83 | $ 114,336.83 | $ 114,336.83 | $ 114,336.83 |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Revenue (Line 13)** | $ 338,000.00 | $ 520,000.00 | $ 520,000.00 | $ 520,000.00 | $ 520,000.00 | $ 520,000.00 | $ 520,000.00 | $ 520,000.00 | $ 520,000.00 | $ 520,000.00 | $ 520,000.00 |
| **Total Epenses** | $ 308,850.42 | $ 422,870.42 | $ 422,870.42 | $ 412,870.42 | $ 412,870.42 | $ 412,870.42 | $ 462,480.08 | $ 452,480.08 | $ 452,480.08 | $ 452,480.08 | $ 452,480.08 |
| **Net Operating Cash Flow** | $ 29,149.58 | $ 97,129.58 | $ 97,129.58 | $ 107,129.58 | $ 107,129.58 | $ 107,129.58 | $ 57,519.92 | $ 67,519.92 | $ 67,519.92 | $ 67,519.92 | $ 67,519.92 |

^Debtor aims to maintain a cash balance of $500,000 for unexpected expenses (i.e. weather and/or market shifts).  This is a typical amount of cash reserves in Debtor's industry.

*Includes Attorney Fees, Subchapter V Trustee fees, and misc. administrative fees.

**All tax claims assume 7 months of interest at 12% before the effective date.

*** Claim will not be paid in full during life of the plan.

| 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ 872,397.06 | $ 939,916.97 | $ 1,032,592.80 | $ 1,125,268.62 | $ 1,217,944.45 | $ 1,310,620.27 | $ 1,403,296.10 | $ 1,495,971.93 | $ 1,588,647.75 | $ 1,681,323.58 | $ 1,773,999.40 | $ 1,866,675.23 | $ 1,959,351.05 | $ 2,052,026.88 |
| $ 939,916.97 | $ 1,032,592.80 | $ 1,125,268.62 | $ 1,217,944.45 | $ 1,310,620.27 | $ 1,403,296.10 | $ 1,495,971.93 | $ 1,588,647.75 | $ 1,681,323.58 | $ 1,773,999.40 | $ 1,866,675.23 | $ 1,959,351.05 | $ 2,052,026.88 | $ 2,144,702.70 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ 520,000.00 | $ 530,000.00 | $ 530,000.00 | $ 530,000.00 | $ 530,000.00 | $ 530,000.00 | $ 530,000.00 | $ 530,000.00 | $ 530,000.00 | $ 530,000.00 | $ 530,000.00 | $ 530,000.00 | $ 530,000.00 | $ 530,000.00 |
| $ 520,000.00 | $ 530,000.00 | $ 530,000.00 | $ 530,000.00 | $ 530,000.00 | $ 530,000.00 | $ 530,000.00 | $ 530,000.00 | $ 530,000.00 | $ 530,000.00 | $ 530,000.00 | $ 530,000.00 | $ 530,000.00 | $ 530,000.00 |

| 4 | 4.1 | 4.1 | 4.1 | 4.1 | 4.1 | 4.1 | 4.1 | 4.1 | 4.1 | 4.1 | 4.1 | 4.1 | 4.1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ 250,000.00 | $ 256,250.00 | $ 256,250.00 | $ 256,250.00 | $ 256,250.00 | $ 256,250.00 | $ 256,250.00 | $ 256,250.00 | $ 256,250.00 | $ 256,250.00 | $ 256,250.00 | $ 256,250.00 | $ 256,250.00 | $ 256,250.00 |
| $ 13,043.25 | $ 13,043.25 | $ 13,043.25 | $ 13,043.25 | $ 13,043.25 | $ 13,043.25 | $ 13,043.25 | $ 13,043.25 | $ 13,043.25 | $ 13,043.25 | $ 13,043.25 | $ 13,043.25 | $ 13,043.25 | $ 13,043.25 |
| $ 11,000.00 | $ 11,275.00 | $ 11,275.00 | $ 11,275.00 | $ 11,275.00 | $ 11,275.00 | $ 11,275.00 | $ 11,275.00 | $ 11,275.00 | $ 11,275.00 | $ 11,275.00 | $ 11,275.00 | $ 11,275.00 | $ 11,275.00 |
| $ 16,000.00 | $ 16,400.00 | $ 16,400.00 | $ 16,400.00 | $ 16,400.00 | $ 16,400.00 | $ 16,400.00 | $ 16,400.00 | $ 16,400.00 | $ 16,400.00 | $ 16,400.00 | $ 16,400.00 | $ 16,400.00 | $ 16,400.00 |
| $ 290,043.25 | $ 296,968.25 | $ 296,968.25 | $ 296,968.25 | $ 296,968.25 | $ 296,968.25 | $ 296,968.25 | $ 296,968.25 | $ 296,968.25 | $ 296,968.25 | $ 296,968.25 | $ 296,968.25 | $ 296,968.25 | $ 296,968.25 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 |
| $ 6,000.00 | $ 6,150.00 | $ 6,150.00 | $ 6,150.00 | $ 6,150.00 | $ 6,150.00 | $ 6,150.00 | $ 6,150.00 | $ 6,150.00 | $ 6,150.00 | $ 6,150.00 | $ 6,150.00 | $ 6,150.00 | $ 6,150.00 |
| $ 4,200.00 | $ 4,305.00 | $ 4,305.00 | $ 4,305.00 | $ 4,305.00 | $ 4,305.00 | $ 4,305.00 | $ 4,305.00 | $ 4,305.00 | $ 4,305.00 | $ 4,305.00 | $ 4,305.00 | $ 4,305.00 | $ 4,305.00 |
| $ 8,000.00 | $ 8,200.00 | $ 8,200.00 | $ 8,200.00 | $ 8,200.00 | $ 8,200.00 | $ 8,200.00 | $ 8,200.00 | $ 8,200.00 | $ 8,200.00 | $ 8,200.00 | $ 8,200.00 | $ 8,200.00 | $ 8,200.00 |
| $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 |
| $ 4,500.00 | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 |
| $ 2,000.00 | $ 2,050.00 | $ 2,050.00 | $ 2,050.00 | $ 2,050.00 | $ 2,050.00 | $ 2,050.00 | $ 2,050.00 | $ 2,050.00 | $ 2,050.00 | $ 2,050.00 | $ 2,050.00 | $ 2,050.00 | $ 2,050.00 |
| $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 |
| $ 48,100.00 | $ 48,605.00 | $ 48,605.00 | $ 48,605.00 | $ 48,605.00 | $ 48,605.00 | $ 48,605.00 | $ 48,605.00 | $ 48,605.00 | $ 48,605.00 | $ 48,605.00 | $ 48,605.00 | $ 48,605.00 | $ 48,605.00 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ 7,267.66 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| $ 5,532.96 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| $ 6,283.69 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| $ 2,050.91 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| $ 1,450.69 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| $ 19,188.51 | $ 19,188.51 | $ 19,188.51 | $ 19,188.51 | $ 19,188.51 | $ 19,188.51 | $ 19,188.51 | $ 19,188.51 | $ 19,188.51 | $ 19,188.51 | $ 19,188.51 | $ 19,188.51 | $ 19,188.51 | $ 19,188.51 |
| $ 2,952.75 | $ 2,952.75 | $ 2,952.75 | $ 2,952.75 | $ 2,952.75 | $ 2,952.75 | $ 2,952.75 | $ 2,952.75 | $ 2,952.75 | $ 2,952.75 | $ 2,952.75 | $ 2,952.75 | $ 2,952.75 | $ 2,952.75 |
| $ 69,609.66 | $ 69,609.66 | $ 69,609.66 | $ 69,609.66 | $ 69,609.66 | $ 69,609.66 | $ 69,609.66 | $ 69,609.66 | $ 69,609.66 | $ 69,609.66 | $ 69,609.66 | $ 69,609.66 | $ 69,609.66 | $ 69,609.66 |
| $ 114,336.83 | $ 91,750.92 | $ 91,750.92 | $ 91,750.92 | $ 91,750.92 | $ 91,750.92 | $ 91,750.92 | $ 91,750.92 | $ 91,750.92 | $ 91,750.92 | $ 91,750.92 | $ 91,750.92 | $ 91,750.92 | $ 91,750.92 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ 520,000.00 | $ 530,000.00 | $ 530,000.00 | $ 530,000.00 | $ 530,000.00 | $ 530,000.00 | $ 530,000.00 | $ 530,000.00 | $ 530,000.00 | $ 530,000.00 | $ 530,000.00 | $ 530,000.00 | $ 530,000.00 | $ 530,000.00 |
| $ 452,480.08 | $ 437,324.17 | $ 437,324.17 | $ 437,324.17 | $ 437,324.17 | $ 437,324.17 | $ 437,324.17 | $ 437,324.17 | $ 437,324.17 | $ 437,324.17 | $ 437,324.17 | $ 437,324.17 | $ 437,324.17 | $ 437,324.17 |
| $ 67,519.92 | $ 92,675.83 | $ 92,675.83 | $ 92,675.83 | $ 92,675.83 | $ 92,675.83 | $ 92,675.83 | $ 92,675.83 | $ 92,675.83 | $ 92,675.83 | $ 92,675.83 | $ 92,675.83 | $ 92,675.83 | $ 92,675.83 |

| | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | $ 2,144,702.70 | $ 2,237,378.53 | $ 2,334,624.35 | $ 2,431,870.18 | $ 2,529,116.00 | $ 2,626,361.83 | $ 2,723,607.66 | $ 2,820,853.48 | $ 2,918,099.31 | $ 3,015,345.13 | $ 3,112,590.96 |
| | $ 2,237,378.53 | $ 2,334,624.35 | $ 2,431,870.18 | $ 2,529,116.00 | $ 2,626,361.83 | $ 2,723,607.66 | $ 2,820,853.48 | $ 2,918,099.31 | $ 3,015,345.13 | $ 3,112,590.96 | $ 3,209,836.78 |
| | | | | | | | | | | | |
| $ | 530,000.00 | $ 542,000.00 | $ 542,000.00 | $ 542,000.00 | $ 542,000.00 | $ 542,000.00 | $ 542,000.00 | $ 542,000.00 | $ 542,000.00 | $ 542,000.00 | $ 542,000.00 |
| $ | **530,000.00** | $ **542,000.00** | $ **542,000.00** | $ **542,000.00** | $ **542,000.00** | $ **542,000.00** | $ **542,000.00** | $ **542,000.00** | $ **542,000.00** | $ **542,000.00** | $ **542,000.00** |
| | 4.1 | 4.2 | 4.2 | 4.2 | 4.2 | 4.2 | 4.2 | 4.2 | 4.2 | 4.2 | 4.2 |
| $ | 256,250.00 | $ 262,500.00 | $ 262,500.00 | $ 262,500.00 | $ 262,500.00 | $ 262,500.00 | $ 262,500.00 | $ 262,500.00 | $ 262,500.00 | $ 262,500.00 | $ 262,500.00 |
| $ | 13,043.25 | $ 13,043.25 | $ 13,043.25 | $ 13,043.25 | $ 13,043.25 | $ 13,043.25 | $ 13,043.25 | $ 13,043.25 | $ 13,043.25 | $ 13,043.25 | $ 13,043.25 |
| $ | 11,275.00 | $ 11,550.00 | $ 11,550.00 | $ 11,550.00 | $ 11,550.00 | $ 11,550.00 | $ 11,550.00 | $ 11,550.00 | $ 11,550.00 | $ 11,550.00 | $ 11,550.00 |
| $ | 16,400.00 | $ 16,800.00 | $ 16,800.00 | $ 16,800.00 | $ 16,800.00 | $ 16,800.00 | $ 16,800.00 | $ 16,800.00 | $ 16,800.00 | $ 16,800.00 | $ 16,800.00 |
| $ | **296,968.25** | $ **303,893.25** | $ **303,893.25** | $ **303,893.25** | $ **303,893.25** | $ **303,893.25** | $ **303,893.25** | $ **303,893.25** | $ **303,893.25** | $ **303,893.25** | $ **303,893.25** |
| | | | | | | | | | | | |
| $ | 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 |
| $ | 6,150.00 | $ 6,300.00 | $ 6,300.00 | $ 6,300.00 | $ 6,300.00 | $ 6,300.00 | $ 6,300.00 | $ 6,300.00 | $ 6,300.00 | $ 6,300.00 | $ 6,300.00 |
| $ | 4,305.00 | $ 4,410.00 | $ 4,410.00 | $ 4,410.00 | $ 4,410.00 | $ 4,410.00 | $ 4,410.00 | $ 4,410.00 | $ 4,410.00 | $ 4,410.00 | $ 4,410.00 |
| $ | 8,200.00 | $ 8,400.00 | $ 8,400.00 | $ 8,400.00 | $ 8,400.00 | $ 8,400.00 | $ 8,400.00 | $ 8,400.00 | $ 8,400.00 | $ 8,400.00 | $ 8,400.00 |
| $ | 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 |
| $ | 4,500.00 | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 |
| $ | 2,050.00 | $ 2,100.00 | $ 2,100.00 | $ 2,100.00 | $ 2,100.00 | $ 2,100.00 | $ 2,100.00 | $ 2,100.00 | $ 2,100.00 | $ 2,100.00 | $ 2,100.00 |
| $ | 400.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 | $ 400.00 |
| $ | **48,605.00** | $ **49,110.00** | $ **49,110.00** | $ **49,110.00** | $ **49,110.00** | $ **49,110.00** | $ **49,110.00** | $ **49,110.00** | $ **49,110.00** | $ **49,110.00** | $ **49,110.00** |
| | | | | | | | | | | | |
| $ | - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| $ | - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| $ | - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| $ | - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| $ | - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| $ | 19,188.51 | $ 19,188.51 | $ 19,188.51 | $ 19,188.51 | $ 19,188.51 | $ 19,188.51 | $ 19,188.51 | $ 19,188.51 | $ 19,188.51 | $ 19,188.51 | $ 19,188.51 |
| $ | 2,952.75 | $ 2,952.75 | $ 2,952.75 | $ 2,952.75 | $ 2,952.75 | $ 2,952.75 | $ 2,952.75 | $ 2,952.75 | $ 2,952.75 | $ 2,952.75 | $ 2,952.75 |
| $ | 69,609.66 | $ 69,609.66 | $ 69,609.66 | $ 69,609.66 | $ 69,609.66 | $ 69,609.66 | $ 69,609.66 | $ 69,609.66 | $ 69,609.66 | $ 69,609.66 | $ 69,609.66 |
| $ | **91,750.92** | $ **91,750.92** | $ **91,750.92** | $ **91,750.92** | $ **91,750.92** | $ **91,750.92** | $ **91,750.92** | $ **91,750.92** | $ **91,750.92** | $ **91,750.92** | $ **91,750.92** |
| | | | | | | | | | | | |
| $ | 530,000.00 | $ 542,000.00 | $ 542,000.00 | $ 542,000.00 | $ 542,000.00 | $ 542,000.00 | $ 542,000.00 | $ 542,000.00 | $ 542,000.00 | $ 542,000.00 | $ 542,000.00 |
| $ | 437,324.17 | $ 444,754.17 | $ 444,754.17 | $ 444,754.17 | $ 444,754.17 | $ 444,754.17 | $ 444,754.17 | $ 444,754.17 | $ 444,754.17 | $ 444,754.17 | $ 444,754.17 |
| $ | **92,675.83** | $ **97,245.83** | $ **97,245.83** | $ **97,245.83** | $ **97,245.83** | $ **97,245.83** | $ **97,245.83** | $ **97,245.83** | $ **97,245.83** | $ **97,245.83** | $ **97,245.83** |