

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **JOINTLY ADMINISTERED UNDER** |
| **Premier Lumber Company, Inc.**[1] | § | **Case No. 25-10295** |
| xx-xxxx451 | § | |
| 5925 FM1003 Rd S., Kountze, TX 77625 | § | |
| | § | |
| Debtor | § | Chapter 11 - **Subch. V** |

### ORDER FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF DEBTOR'S PROPOSED JOINT CHAPTER 11 PLAN OF REORGANIZATION AND/OR OBJECTIONS TO CONFIRMATION OF PROPOSED PLAN AND SETTING HEARING TO CONSIDER CONFIRMATION OF DEBTOR'S PROPOSED CHAPTER 11 PLAN OF REORGANIZATION

Upon the filing of a proposed Plan of Reorganization pursuant to Subchapter V of Chapter 11 of the Bankruptcy Code ("Debtor's proposed Chapter 11 Plan") by Debtor, Premier Lumber Company, Inc. ("Debtor") on September 29, 2025, the Court finds that just cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED, AND NOTICE IS HEREBY GIVEN, THAT**:

A. On or before **Monday, October 13, 2025** a copy of this Order, the Debtor's proposed Chapter 11 Plan or a summary or summaries thereof approved by the Court, and a ballot conforming to Official Form 314 shall be mailed to creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States Trustee, as provided in Fed. R. Bankr. P. 3017(d); however, in accordance with 11 U.S.C. §1126(f), acceptances and

---

[1] The jointly-administered Chapter 11 Debtors, along with the last four digits of each such Debtor's federal tax identification number, are: Premier Lumber Company, Inc. (9451); and TexStar Lumber, Inc. (1243).

rejections will not be solicited from any class that is not impaired under the proposed plan;

B. **Monday, October 27, 2025** is fixed as the last day for any class of secured claims to make an election of application of § 1111(b)(2) of the Bankruptcy Code pursuant to the directives of Fed. R. Bankr. P. 3014.

C. **Monday, November 10, 2025**, is fixed as the last day for filing written acceptances or rejections of the Debtor's proposed Chapter 11 Plan which must be received by **5:00 p.m. (CST)** on that date by Lloyd A. Lim, Kean Miller LLP, 711 Louisiana Street, Suite 1800, Houston, TX 77002  [email: lloyd.lim@keanmiller.com], and no acceptances or rejections received after the stated deadline shall be counted or otherwise included in the tabulation of acceptances and rejections of the Debtor's proposed Chapter 11 Plan without further Court order;

D. **Monday, November 10, 2025**, is fixed as the last day for filing and serving written objections to the confirmation of the Debtor's proposed Chapter 11 Plan pursuant to Fed. R. Bankr. P. 3020(b)(1) and all comments or objections not timely filed and served by such deadline shall be deemed waived;

E. The hearing to consider the confirmation of the Debtor's proposed Chapter 11 Plan is fixed and shall be held on **Tuesday, December 2, 2025 at 1:30 P.M.** *In Person* in the Courtroom of the United States Bankruptcy Court, Eastern District of Texas, Jack Brooks Federal Building, 300 Willow Street Suite 100, Beaumont, TX 77701.  Any questions regarding the confirmation hearing may be forwarded to the Courtroom Deputy as set forth below:

> Ms. Shannon Britten
> Phone: (409) 654-7070
> or
> Email: **CRD_BMT@txeb.uscourts.gov**

Such hearing may be adjourned or continued to a different date without further notice other than notice given on the record in open court at such hearing.

Signed on 10/03/2025

_____ MD
THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE