IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| In re: | | Case No. 25-10295-JPS |
| PREMIER LUMBER COMPANY, INC.[1] | | Jointly Administered |
| Reorganized Debtors | | Chapter 11 Sub V |

**NOTICE OF PLAN DEFAULT**

NOW COMES The County of Hardin, Texas ("Hardin") and gives its written notice to the Reorganized Debtor Premier Lumber Company, Inc. and its counsel of default under the terms of the Amended Plan of Reorganization [Doc 90] confirmed by order entered January 16, 2026 [Doc 102] (the "Plan").

1. Pursuant to the Plan, Hardin's secured ad valorem tax claim is to be paid over twelve (12) months with statutory interest beginning on the first month after the Effective Date.

2. By Plan definition, the Effective Date was the first day of the month following twenty (20) days from the date of Confirmation. The Effective Date occurred March 1, 2026 and the first payment to Hardin was therefore due April, 2026.

3. Reorganized Debtor Premier Lumber Company, Inc. is delinquent to Hardin for the May, June, and July 2026 payments under the Plan. Monthly payments are $1,913.85; therefore, the total default amount through July 2026 is **$5,741.55**.

4. Reorganized Debtor Premier Lumber Company, Inc. has thirty (30) days from the date of this Notice, which is also the filing date of the Notice, or through **September 9, 2026** to cure the default.

[1] The jointly-administered Chapter 11 Debtors, along with the last four digits of each such Debtors' federal tax identification number, are: Premier Lumber Company, Inc. (9451); and TexStar Lumber, Inc. (1243). Unless otherwise noted, all docket entries referenced here in refer to Case No. 25-19205 ("Premier's Case"). Case No. 25- 10296 shall be referred to herein as the "TexStar Case."

5. **Payment can be made payable to Hardin County and remitted to the undersigned's attention at the address in the signature block below.**

Dated: August 10, 2026

Respectfully submitted,

McCREARY, VESELKA, BRAGG & ALLEN, P.C.
Attorneys for The County of Hardin, Texas
P. O. Box 1269
Round Rock, Texas 78680-1269
Telephone (512) 323-3241
Fax (512) 323-3205

*/s/ Julie Anne Parsons*
Julie Anne Parsons
State Bar Number 00790358
jparsons@mvbalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2026, I served the Reorganized Debtor and creditor Americredit with a true and correct copy of this Notice by U.S. Mail at the addresses below and that Reorganized Debtor's counsel, the Trustee, the U.S. Trustee, and all other parties consenting to electronic notice in this case were electronically served through the CM/ECF system.

**Reorganized Debtor:**
Premier Lumber Company, Inc.
5925 FM 1003 Rd. S.
Kountze, TX 77625

**Americredit**
AmeriCredit Financial Services, Inc. dba GM Financial
PO Box 183853
Arlington, TX 76096

**Reorganized Debtors' Counsel**
Lloyd Lim
Kean Miller, LLP
711 Louisiana St
Houston, TX 77002-2832
lloyd.lim@keanmiller.com, rachel.kubanda@keanmiller.com, teresa.miller@keanmiller.com, kristina.tipton@keanmiller.com, kathryn.ruiz@keanmiller.com, mack.wilson@keanmiller.com

**Sub V Trustee**
**Behrooz Vida**
**3000 Central Dr.**
**Bedford, TX 76021**
behrooz@vidatrustee.com, cbpv11@trustesolutions.net, bpv2117@gmail.com

**United States Trustee**
Susan Hersh
Office of the U.S. Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242
susan.hersh@usdoj.gov

**Notice of Appearance Parties**
Matthew Alexander Knox
Stephanie Laird Tolson
Hinshaw & Culbertson, LLP
5151 San Felipe, Suite 1380
Houston, TX 77056
maknox@hinshawlaw.com, sburns@hinshawlaw.com, stolson@hinshawlaw.com, ryoung@hinshawlaw.com, HOUDocket@hinshawlaw.com

Kimberly A. Walsh
Assistant Attorney General
Texas Attorney General's Office
Bankruptcy & Collections Div.
PO Box 12548
Austin, TX 78711-2548
bk-kwalsh@oag.texas.gov, sherri.simpson@oag.texas.gov

*/s/ Julie Anne Parsons*
Julie Anne Parsons